PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
MICHAEL J. BUJOLD, SBN 277104
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:        Michael.J.Bujold@usdoj.gov

FILED & ENTERED

MAY 22 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY denson    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RONALD KAYE DEMPSTER,<br><br>        Debtor. | Case No. 6:14-bk-13165-DS<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION FOR ORDER COMPELLING ATTORNEY TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329**<br><br>Date:    May 6, 2014<br>Time:   1:30 p.m.<br>Place:  Courtroom 304<br>          3420 Twelfth St.<br>          Riverside, CA 92501-3819 |

      The motion ("Motion") of Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee") for an order compelling Tyson Takeuchi of the Law Offices of Tyson Takeuchi (collectively, "Takeuchi") to file a required disclosure of compensation, came on for hearing on May 6, 2014, at 1:30 p.m., in Courtroom 304 before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge.

-1-

Michael J. Bujold, Esq., appeared on behalf of the U.S. Trustee. Other appearances, if any, are as noted on the record.

Based upon the papers submitted in support of the Motion, Takeuchi's failure to file any opposition, and the documents filed in the Bankruptcy Case, for the reasons stated on the record, notice appearing proper and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. Takeuchi shall file a disclosure of compensation, in the form required by Federal Rule of Bankruptcy Procedure 2016(b), within fourteen (14) days from the the entry of this Order.

3. The Court retains jurisdiction to consider any additional issues arising under 11 U.S.C. § 329.

###

Date: May 22, 2014

Deborah J. Saltzman
United States Bankruptcy Judge